NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

06-133

RAYMOND THIBODEAUX, ET AL.

VERSUS

LOUISIANA FARM BUREAU CASUALTY INS. CO., ET AL.

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2001-4229-L
HONORABLE MARILYN C. CASTLE, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and J. David Painter, Judges.

AFFIRMED IN PART; REVERSED IN PART; AND RENDERED.

William H. Goforth
P. O. Drawer 3563
Lafayette, LA 70502-3563
(337) 237-5777
Counsel for Plaintiffs/Appellants:
    Raymond Thibodeaux
    Brenda Thibodeaux

George P. Hebbler, Jr.
Pamela B. Gautier
Miranda, Warwick, Milazzo, Giordano & Hebbler
3636 S. I-10 Service Rd., Suite #300
Metairie, LA 70001
(504) 833-8007
Counsel for Defendant/Appellee:
    Royal Insurance Company of America

Edward O. Taulbee, IV
Taulbee & Associates, L.L.C.
P.O. Box 2038
Lafayette, LA 70502-2038
(337) 269-5005
Counsel for Defendants/Appellees:
    Louisiana Farm Bureau Casualty Ins. Co.
    Claude J. Meaux

John William Penny, Jr.
P. O. Box 2187
Lafayette, LA 70502-02187
(337) 231-1955
Counsel for Defendant/Appellee:
    Allstate Ins. Co.

Brad J. Brumfield
Smith and Brumfield, L.L.C.
7576 Goodwood Blvd.
Baton Rouge, LA 70806
(225) 926-0770
Counsel for Defendant/Appellee:
    Safety Management Systems, Inc.